FORM B

FILED
DES MOINES, IOWA

02 JUN 12 AM 8: 40

SOUTHERN DISTRICT OF IA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

Gordon L. Currin III,

        Plaintiff,

vs.

Department of Corrections (IMCC)
Rusty Rogerson/warden

        Defendants.

Case
No. 4-   -CV-

**4:02-CV-4027**

APPLICATION TO
PROCEED IN FORMA
PAUPERIS

    I, Gordon L. Currin III, declare that I am the
plaintiff in the above-entitled proceeding; that, in support of my
request to proceed without being required to prepay the full filing
fee, I state that because of my poverty, I am unable to prepay the
filing fee for this action; that I believe I am entitled to relief.

    In further support of this application, I answer the following
questions:

1.    Where are you imprisoned? IMCC

2.    When did you begin your imprisonment there? May 6th 2002

1

3. When do you expect to be released? *Unknown*

4. Are you presently receiving an allowance or wages from th prison or jail? *No* If the answer is YES, state th amount of your allowance or wages per month. *None*

5. Have you received within the past 12 months any money from business, profession or other type of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity life insurance, gifts, inheritances, court award or settlement, o other sources? *Yes* If YES, give the amount received an identify the sources:

*employment = approximetly between $500.00 to $1000.00*

*family gifts = approximetly $200.00*

6. What is the current balance in your prison account? *$0.00*

7. Do you own cash, or do you have money in a checking or saving account, other than a prison account? *No* If YES, state th current balance: *None*

8. Do you own any real estate, stocks, bonds, notes, vehicles, o other valuable property (you need not mention ordinary househol and cell furnishings, such as radios, TV sets, stereo, books, etc. and personal clothing)? *No* If YES, describe the property and state its approximate value:

*None*

I hereby authorize officials of the institution where I a incarcerated to release my financial records to the court. M identification number at this institution is *6038121*

I declare under penalty of perjury that I have read the foregoin and it is true, complete, and correct.

Signed this *24th* day of *May*, *2002*.


(Signature of Plaintiff

CARRIE CARSON
Commission Number 707340
My Commission Expires
12/13/03

2

FORM C

## CERTIFICATE of INMATE ACCOUNT and ASSETS

I certify that the applicant, Gordon Curcin # 6038121, has the sum of $ x.05 on account to his/her credit at the JMCC institution where he/she is confined. I further certify that the applicant likewise has the following securities to his/her credit according to the records of said institution:

_____

_____

I further certify that, during the last six months, (a) the applicant's average inmate account balance was $ x.05 , and (b) the average of the monthly deposits to the inmate account was $ x.05 .

Based on the above inmate account information, I calculate that 20 percent of the greater of (a) or (b) above is $ x.01 .

Attached is a certified copy of the trust fund account statement for the applicant for the last six months.

Signed this 28 day of May , 2002 .

Cyndy Stapes
Authorized Officer of Institution

Part V Continued ...

feels like my heads gonna pop, like I've got some kind of pressure ~~inside~~ building up in it, I have been getting serious headache's since the accident ~~th~~ that have been getting so bad that they keep me from sleeping at night and sometimes like here in the past day they've been getting so bad my eyes start to water and I cry or I wanna scream cause they hurt so bad.

The only thing the nurse (RN Thurn) did when she came to see me was check my vital signs and then say "well he should be okay."

I haven't been moved to a bottom bunk I'm still on top which automatically the nurse should of requested me to be on bottom bunk, Also there's no railing on the wall for people to hold as they get down thats most of the reason I fell cause I had nothing to grab abold of to catch myself,

Correctional Officer Jim Gretten is the person who seen me fall a second time off my cell stool and land on the floor face down. He's the one who held my head off the floor until I regained consciousness. Then he helped me move over to the wall. He also ~~stated~~ stated that when I hit the floor a ~~second~~ second time that I hit it pretty hard, this he stated towards the nurse.

A couple of people who witnessed it are Aaron Janssen, Micheal Dunbar 0204358,

And Glen Long 1134654 has witnessed the many nights I haven't slept and all the moaning and complaining I've done about my headache's and the little ringing noises in my ears.

Witnesses - Aaron Janssen, Micheal Dunbar 0204358, Glen Long 1134654, RN Thurn and Jim Gretten

The reason for delay of lawsuit is because of lack of financial status for postage. I didn't have any money to send it off until now.

LeRoy Curvin

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Gordon LeRoy Currin III

6038121

_____

_____

_____

_____

(Enter above the FULL name and
inmate number of the plaintiff
or plaintiffs in this action)

4:02-CV-40275

vs.                                    COMPLAINT

Iowa Medical and Classification

Center

Department of Corrections

Rusty Rogerson/warden

(Enter above the FULL name of
each defendant in this action)

(NOTE: If there is more than ONE plaintiff, a separate sheet should be
attached giving the information in parts I and II below for EACH plain
by name.)

   I.   Previous Lawsuits:

        A.   Have you begun other lawsuits in state or federal court
             dealing with the same facts involved in this action or
             otherwise relating to your imprisonment? Yes (   ) No (

        B.   If your answer to A is Yes, please answer the questions
             1 thru 7 on next page. (If there is more than one lawsu
             describe the additional lawsuits on another sheet of pa
             using the same outline.)

1. Parties to this previous lawsuit

   Plaintiffs ___None___

   Defendants ___None___

2. Court (if federal court, name the district; if state court, name the county)

   ___None___

3. Docket Number ___None___

4. Name of judge to whom case was assigned ___None___

5. Disposition, if known (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   ___None___

6. Approximate date of filing lawsuit ___None___

7. Approximate date of disposition ___None___

II. Place of Present Confinement ___IMCC___

A. Is there a prisoner grievance procedure in this institut[ion]
   Yes [✓]  No [ ]

B. Did you present the facts relating to your complaint in state prisoner grievance procedure?  Yes [✓]  No [~~✗~~]

C. If your answer is YES,
   1. What steps did you take? ~~at came~~ I asked for a grievance to ~~state~~ stating my new health - headache's, migranes, ~~and continued~~ ringing in my ears and pressure in my head (I just got a grievence form and fil[ed]
   2. What was the result? I was denied a grievance form and was told I should talk to that person first. Or write them, so thats were this comes in.l

D. If your answer is NO, explain why not ___None___

E. If there is no prison grievance procedure in the institut[ion]
   did you complain to prison authorities? Yes [ ]  No [✓]

F.   If your answer is YES,

1.   What steps did you take? _NONE_____

_____

_____

2.   What was the result? __NONE_____

_____

_____

## III.   Parties

(In item A below, place your name in the first blank and place
your present address in the second blank.  Do the same for
additional plaintiffs, if any.)

A.   Name of Plaintiff _Gordon LeRoy Currin III_

Address _P.O. Box A  Oakdale, IA. 52819    IMCC_

B.   Additional plaintiffs_____

_____

_____

(In item C below, place the full name of the defendant in the
first blank, his official position in the second blank, and
his place of employment in the third blank.  Use item D for
the names, positions, and places of employment of any addi-
tional defendants.)

C.   Defendant _~~Department of Corrections State~~_ IMCC is employed as _Dep-_
_artment of Corrections_ at _Oakdale Iowa 52819_

D.   Additional defendants _~~IMCC~~ Rusty Rogerson/Warden_

_____

_____

_____

_____

_____

## IV.   Jurisdiction

This complaint is brought pursuant to 42 U.S.C. § 1983, and
jurisdiction is based on 28 U.S.C. § 1343(c).  Plaintiff(s)
allege(s) that the defendant(s) acted under color of state law
with regard to the facts stated in part V of this complaint.

V.    Statement of Claim

(State here as briefly as possible the FACTS of your case.
MUST state exactly what each defendant personally did, or fai
to do, which resulted in harm to you.  Include also the names
of other persons involved (for example, other inmates) and st
the date and place of all events.  Attach an extra sheet if
necessary, and write the heading PART V CONTINUED at the top
the sheet.  Keep to the facts.  Do not give any legal argumen
or cite any cases.)

On Sunday May 19th 2002 at approximetly 1:00 p.m. on
B unit in Cell 3° I Gorden L. Currin was crawling out of
my top bunk when my foot slipped off of the locklet causing
me to fall and hit my head on the side of the bunk. Once dazed
I pulled myself to my feet and sat down on my stool. As soo
as I closed my eyes I passed out and fell onto the floor.
Next thing I now I've got this dark blurry vision, once I  g
my focus I realize I'm looking at the floor and a Correction
Officer is holding my head off the ground. I sit up and lean against
the wall while the Correctional Officer calls the nurses station saying
that he had an inmate who was having a siesure. Once the nurse
gets there I told her that it was not a siesure and that I hit m
head. She checks my vital signs and said that I should be okay
And then after that everybody thinks its some kind of funny thin
Well now a couple days later I start having head pains and di

VI.   Relief

(State briefly exactly what you want the Court to do for you.
Make no legal arguments.  Cite no cases or statutes.) Rogerson/w
                                                        Rusty
                                                        pay for
I want the Department of Corrections (IMCC)
all legal expenses, now and in the future      all medical
expenses. Any lose of future work, wages, and benefits. Altogeth
any loses due to this accident + injuries. Aswell as pain
and suffering.

VII. Statement Regarding Assistance in Preparing This Complaint

   A.  Did any person other than a named plaintiff in this action
       assist you in preparing this complaint? Yes [ ]  No [✓]

   B.  If your answer is YES, name the person who assisted you.
       _____no_____

   C.  Signature of person who helped prepare  complaint.
       _____no_____        _____
            (Signature)                       (Date)

VIII. Signature(s) of Plaintiff(s)

   Signed this __24th__ day of __May_____, 2002.

   _LeRoy Currin III_____
   (Signature of Plaintiff)

   Signatures of additional plaintiffs, if any:

   __None_____

   _____

   _____

   _____

   _____