

**FILED**
JUN 2 8 2002
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

**JUDGMENT IN CIVIL CASE**
**CASE NO.: 4:02-cv-40275**

Gordon L. Currin

      Plaintiff

v

Dept. of Corrections, IMCC, et al

      Defendants

_____ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that plaintiff's complaint is dismissed.

June 28, 2002        JAMES R. ROSENBAUM
_____        Clerk
Date
                               (By) Deputy Clerk/L. DeFrancisco